United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVACION HAO HAO, ET. AL., | No. C 11-00108 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK N.A., | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on April 22, 2011, before this Court in the above-entitled case. Plaintiffs were not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiffs shall appear, in person, on **May 6, 2011, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiffs failure to comply with the Court's Order of January 10, 2011, for failure to prosecute this action, and for failure to appear at the case management conference on April 22, 2011. A case management conference is also scheduled for May 6, 2011, at 9:30 a.m.

IT IS SO ORDERED.

Dated: April 25, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge