UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVACION HAO HAO, ET. AL.,          No. C 11-00108 JCS

      Plaintiff(s),

  v.                                           **ORDER TO SHOW CAUSE**

WELLS FARGO BANK N.A.,

      Defendant(s).
_____/

      Pursuant to Civil L.R. 16-2, a case management conference was scheduled on April 22, 2011, and on May 6, 2011, before this Court in the above-entitled case. Plaintiffs were not present. Defendant was not present.

      IT IS HEREBY ORDERED that Plaintiffs shall appear, in person, on **June 10, 2011, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiffs failure to comply with the Court's Order of January 10, 2011, and April 25, 2011, for failure to prosecute this action, and for failure to appear at the case management conference on April 22, 2011, and on May 6, 2011. A case management conference is also scheduled for June 10, 2011, at 9:30 a.m.

      IT IS SO ORDERED.

Dated: May 9, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge